**Aletta TROTTER, Plaintiff/Appellant,**

v.

**Steve TROTTER, Brenda Fincher, and Kathy Trotter, Defendants/Respondents.**

**No. ED 83447.**

Missouri Court of Appeals,
Eastern District,
Division Three.

June 1, 2004.

Terry A. Bond, Clayton, MO, for appellant.

Thomas David Swindle, Doniphan, MO, for Steve Trotter and Brenda Fincher.

Daniel T. Moore, Poplar Bluffs, MO, for Kathy Trotter.

Before CLIFFORD H. AHRENS, P.J., WILLIAM H. CRANDALL, JR., J., and LAWRENCE E. MOONEY, J.

**ORDER**

PER CURIAM.

Plaintiff, Aletta Trotter, appeals from the judgment, entered in a court-tried case, in favor of defendants, Steve Trotter, Brenda Fincher, and Kathy Trotter, in an action to set aside transfers of property by plaintiff's husband, Jesse Trotter, to defendants in fraud of her marital rights under section 474.150 RSMo 2000.

We have reviewed the record on appeal and find that the judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. An opinion would have no precedential value. The parties, however, have been furnished with a memorandum for their information only, setting forth the reasons for this order. The judgment is affirmed. Rule 84.16(b).